AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  JONES III, JOHN E. | 2. Court or Organization  US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report  05/11/2016 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |
|---|---|---|

**7. Chambers or Office Address**

228 WALNUT STREET
HARRISBURG, PA 17108

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |
| 9. | ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | WILLIAM AND MARY | 2/13 - 2/15 | WILLIAMSBURG, VA | MOOT COURT JUDGE | HOTEL & MEAL |
| 2. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/27 - 3/28 | NEW YORK | MEETING | HOTEL & MEAL |
| 3. | DICKSON COLLEGE | 4/28 - 4/29 | PHILADELPHIA, PA | CONFERENCE | HOTEL |
| 4. | ADMINISTRATIVE OFFICE OF PA COURTS | 6/10 - 6/11 | BEDFORD | APPELATE COURT CONFERENCE | HOTEL & MEAL |
| 5. | DAUPHIN COUNTY BAR ASSOCIATION | 7/31 - 8/1 | BEDFORD | SPEAKER | HOTEL & MEAL |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - FAMILY BUSINESS | E | Distribution | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - FAMILY BUSINESS | | None | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - FAMILY BUSINESS | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 9. NATIONWIDE - ANNUITY | A | Interest | J | T | | | | | |
| 10. RIVERVIEW BANK - CHECKING | | None | K | T | | | | | |
| 11. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 12. GE COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 13. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 14. PEP COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 15. PFE COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 16. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 17. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | K | T | | | | | |
| 19. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 20. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 05/29/15 | J | B | |
| 21. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | K | T | Sold (part) | 05/29/15 | J | B | |
| 22. FIDELITY FUND (FFIDX) - MUTUAL FUND | | None | | | Sold | 04/14/15 | J | A | |
| 23. AMERICAN CENTURY MID CAP VALUE - ACMVX | | None | | | Sold | 02/02/15 | J | A | |
| 24. BRIDGEWAY LARGE CAP GROWTH - BRLGX | | None | | | Sold | 04/14/15 | J | B | |
| 25. VANGUARD US VALUE VUVLX | | None | | | Sold | 04/14/15 | J | A | |
| 26. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 27. PHOENIX CONTRACTING - FAMILY BUSINESS | B | Distribution | J | W | | | | | |
| 28. FIDELITY CONTRA FUND - FCNTX | A | Dividend | | | Sold | 04/14/15 | J | B | |
| 29. HEARTLAND VALUE PLUS - HRVIX | | None | | | Sold | 04/14/15 | J | A | |
| 30. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | | | Sold | 04/14/15 | J | A | |
| 31. AT&T INC - T - IRA | A | Dividend | J | T | | | | | |
| 32. CONOCO PHILLIPS - COP - IRA | A | Dividend | J | T | | | | | |
| 33. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | | | | | |
| 34. ELI LILLY & CO - LLY - IRA | A | Dividend | J | T | Sold (part) | 09/22/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EMERSON ELECTRIC - EMR - IRA | A | Dividend | | | Sold | 04/08/15 | J | | |
| 36. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | K | T | | | | | |
| 37. PIMCO INV GR BOND CL D | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 38. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | J | T | | | | | |
| 39. BRIDGEWAY ULTRA SMALL CO MKT | | None | | | Sold | 04/15/15 | J | | |
| 40. FIDELITY SELECT BIOTECH | A | Dividend | | | Sold | 04/14/15 | J | C | |
| 41. T ROWE PRICE BLUE CHIP GR | | None | | | Sold | 04/14/15 | J | A | |
| 42. PERMANENT PORTFOLIO | | None | | | Sold | 02/02/15 | J | | |
| 43. VANGUARD BALANCED INDEX | A | Dividend | | | Sold | 04/14/15 | J | A | |
| 44. ABBVIE INC - IRA | A | Dividend | K | T | | | | | |
| 45. ROYAL DUTCH SHELL ADR CL A - IRA | A | Dividend | J | T | | | | | |
| 46. AMGEN - IRA | A | Dividend | K | T | | | | | |
| 47. APPLE INC - IRA | A | Dividend | K | T | | | | | |
| 48. ARTISAN PARTNERS ASSET MGMT - IRA | A | Dividend | | | Sold | 03/04/15 | J | | |
| 49. BLACKROCK INC - IRA | A | Dividend | K | T | | | | | |
| 50. CENTERPOINT ENERGY INC - IRA | A | Dividend | | | Sold | 03/04/15 | J | | |
| 51. DOW CHEMICAL - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DUKE ENERGY - IRA | A | Dividend | K | T | | | | | |
| 53. FT UNIT 4274 INT RATE HEDGE - IRA | B | Dividend | | | Sold | 06/18/15 | L | A | |
| 54. FIRST TR EXCHANGE - ENERGY - IRA | A | Dividend | | | Sold | 02/18/15 | K | | |
| 55. FIRST TR EXCHANGE - FINANCIAL - IRA (FXO) | A | Dividend | | | Sold | 09/22/15 | L | B | |
| 56. FIRST TR EXCHANGE - INDS PRDCT - IRA (FXR) | A | Dividend | | | Sold | 02/08/15 | L | | |
| 57. JP MORGAN CHASE - IRA | A | Dividend | K | T | | | | | |
| 58. KLA - TENCOR CORP - IRA | A | Dividend | J | T | | | | | |
| 59. MACY'S INC - IRA | A | Dividend | J | T | | | | | |
| 60. NEW YORK COMMUNITY BANK - IRA | A | Dividend | | | Sold | 11/20/15 | J | A | |
| 61. NEXTERA ENERGY INC - IRA | A | Dividend | K | T | | | | | |
| 62. PHILIP MORRIS INT'L - IRA | A | Dividend | J | T | Sold (part) | 04/08/15 | J | | |
| 63. SUNTRUST BK ATLANTA CD - IRA | A | Interest | M | T | | | | | |
| 64. TOTAL SA/SPON ADR - IRA | A | Dividend | J | T | | | | | |
| 65. WILLIAMS COS INC - IRA | A | Dividend | J | T | | | | | |
| 66. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | J | T | | | | | |
| 67. HOME DEPOT INC - IRA | A | Dividend | K | T | | | | | |
| 68. FIRST TR EXCH TR FD II TECH - FXL - IRA | A | Dividend | | | Sold | 02/18/15 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SEAGATE TECH PLC - IRA | A | Dividend | J | T | | | | | |
| 70. LYONDELLBASELL IND - IRA | A | Dividend | K | T | | | | | |
| 71. FIRST TR LARGE CAP - IRA (FTC) | B | Dividend | | | Sold | 02/08/15 | M | D | |
| 72. FIRST TR NASDAQ CMMTY - IRA (QABA) | A | Dividend | K | T | Buy (add'l) | 09/22/15 | K | | |
| 73. FIRST TR ALPHA ENERGY - IRA FXN | A | Dividend | | | Sold | 02/08/15 | K | | |
| 74. FIRST TR ALPHA EMER - IRA FEM | A | Dividend | | | Sold | 02/08/15 | K | | |
| 75. LOCKHEED MARTIN - IRA | A | Dividend | K | T | | | | | |
| 76. OCCIDENTAL PETE - IRA | A | Dividend | J | T | | | | | |
| 77. SUNTRUST BK DEP SWEEP - IRA | A | Interest | K | T | | | | | |
| 78. BANK WEST CD IRA 2 | A | Interest | | | Redeemed | 02/02/15 | K | | |
| 79. SUNTRUST BANK SWEEP - IRA 2 | A | Dividend | J | T | | | | | |
| 80. AMERICAN INT'L GRP - IRA 2 | A | Interest | J | T | | | | | |
| 81. HSBC FINANCE - IRA 2 | A | Interest | | | Sold | 04/15/15 | J | | |
| 82. WACHOVIA GLOBAL - IRA 2 | A | Interest | J | T | | | | | |
| 83. FT UNIT 4789 TAR DIV - IRA 2 | A | Dividend | | | Sold | 08/12/15 | L | | |
| 84. SUNTRUST BANK SWEEP - IRA 3 | A | Dividend | J | T | | | | | |
| 85. FT UNIT 4789 TAR DIV - IRA 3 | A | Dividend | | | Sold | 06/05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GENERAL ELECTRIC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 87. AT&T | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 88. ABBVIE INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 89. AMGEN INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 90. APPLE INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 91. SEAGATE TECHNOLOGY | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 92. LYONDELLBASELL INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 93. ARTISAN PARTNERS ASSET | A | Dividend | | | Sold | 03/04/15 | J | | |
| 94. BLACKROCK INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 95. CENTERPOINT ENERGY INC | A | Dividend | | | Sold | 03/04/15 | J | | |
| 96. CONOCO PHILLIPS | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 97. DOW CHEMICAL | A | Dividend | K | T | Sold (part) | 12/31/15 | J | A | |
| 98. DUPONT EI DE NEMOURS | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 99. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 100. EMERSON ELECTRIC | A | Dividend | | | Sold | 04/08/15 | J | | |
| 101. HOME DEPOT | A | Dividend | K | T | Sold (part) | 12/31/15 | J | A | |
| 102. INTEL CORP | A | Dividend | J | T | Sold (part) | 05/29/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP MORGAN CHASE | A | Dividend | K | T | Sold (part) | 12/31/15 | J | A | |
| 104. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 105. KLA - TENCOR CORP | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 106. LILLY ELI & CO | A | Dividend | J | T | Sold (part) | 12/31/15 | J | C | |
| 107. LOCKHEED MARTIN | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 108. MACY'S INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 109. MERCK & CO INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 110. MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 12/31/15 | J | B | |
| 111. NEW YORK COMMUNITY BK | A | Dividend | | | Sold | 11/20/15 | J | A | |
| 112. NEXTERA ENERGY | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 113. OCCIDENTAL PERTROLEUM | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 114. PEPSICO INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 115. PFIZER INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 116. PHILIP MORRIS INTL | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 117. TOTAL S.A. SPONS. ADR | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 118. UNITED PARCEL SVC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 119. VERIZON COMM | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. WELLS FARGO & CO NEW | A | Dividend | K | T | Sold (part) | 12/31/15 | J | A | |
| 121. WILLIAMS CO INC | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 122. MORGAN STANLEY DW DISC NT | A | Interest | J | T | | | | | |
| 123. SUNTRUST BK ATLANTA CD | A | Interest | | | Sold | 10/05/15 | K | A | |
| 124. SUNTRUST BK ATLANTA 3.25% | A | Interest | J | T | | | | | |
| 125. UNION BANK NAZERE | A | Interest | | | Sold | 10/05/15 | K | | |
| 126. MUFG UNION BANK | A | Interest | K | T | | | | | |
| 127. WELLS FARGO & CO FIX/FLT (X) | A | Interest | J | T | | | | | |
| 128. SUNTRUST M/M AK | A | Interest | J | T | | | | | |
| 129. CME GROUP INC (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 130. CMS ENERGY (X) | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 131. CISCO SYSTEMS (X) | A | Dividend | J | T | Buy | 05/29/15 | J | | |
| 132. INTERNATIONAL PAPER (X) | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 133. KOHLS CORP (X) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 134. CME GROUP INC (X) | A | Dividend | K | T | Sold (part) | 12/31/15 | J | A | |
| 135. CMS ENERGY (X) | A | Dividend | J | T | Sold (part) | 12/31/15 | J | A | |
| 136. CISCO SYSTEMS INC (X) | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. INTERNATIONAL PAPER (X) | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 138. KOHLS CORP (X) | A | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 139. T ROWE PRICE CAPITAL APP (X) | | None | | | Buy | 01/05/15 | J | | |
| 140. T ROWE PRICE CAPITAL APP (X) | | None | | | Sold | 04/14/15 | J | A | |
| 141. SCHWAB TOTAL STOCK MKT INDEX (X) | | None | | | Buy | 01/15/15 | J | | |
| 142. SCHWAB TOTAL STOCK MKT INDEX (X) | | None | | | Sold | 04/14/15 | J | A | |
| 143. CME GROUP INC (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 144. CMS ENERGY CORP (X) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 145. CISCO SYSTEMS (X) | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 146. INTERNATIONAL PAPER (X) | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 147. KOHLS CORP (X) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 148. FT UNIT 5567 INT RATE HEDGE (X) | A | Dividend | L | T | Buy | 06/26/15 | L | | |
| 149. FT EXCH TRFD II CONS DISC IRA (FXD) (X) | A | Dividend | | | Buy | 06/26/15 | K | | |
| 150. FT EXCH TRFD II CONS DISC IRA (FXD) (X) | A | Dividend | | | Sold | 09/22/15 | K | | |
| 151. FT EXCH TR FD II TECH ALPHA (FXL) (X) | A | Dividend | L | T | Buy | 09/22/15 | L | | |
| 152. FT L CAP GROWTH ALPHA EX (FTC) (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 153. FT EXCH TR ALPHA EX FD EUR (FEP) (X) | A | Dividend | L | T | Buy | 09/22/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FT EXCH TR ALPHA DEX FD II JAPAN (FJP) (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 155. FT ETF CAP STRENGTH (FTCS) (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 156. FT LARGE CAP CORE ALPHA DEX (FEX) (X) | A | Dividend | L | T | Buy | 09/22/15 | L | | |
| 157. FT EXCH TR FD II FIN ALPHA DEX (FXO) (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 158. FT EXCH TR FD II HLTH CARE (FXH) (X) | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 159. FT PORTFOLIOS SM CAP CORE ALPHA (FYX) (X) | A | Dividend | | | Buy | 02/18/15 | K | | |
| 160. FT PORTFOLIOS SM CAP CORE ALPHA (FYX) (X) | A | Dividend | | | Sold | 09/22/15 | K | | |
| 161. FT PORTFOLIOS MIDCAP (FNX) (X) | A | Dividend | | | Buy | 02/18/15 | K | | |
| 162. FT PORTFOLIOS MIDCAP (FNX) (X) | A | Dividend | | | Sold | 09/22/15 | K | | |
| 163. FT LG CAPITAL VALUE FTA (X) | A | Dividend | | | Buy | 02/08/15 | L | | |
| 164. FT LG CAPITAL VALUE FTA (X) | A | Dividend | | | Sold | 09/22/15 | K | | |
| 165. FT L CAP GROWTH (FTC) (X) | A | Dividend | | | Buy | 02/18/15 | M | | |
| 166. FT L CAP GROWTH (FTC) (X) | A | Dividend | | | Sold | 09/22/15 | M | | |
| 167. FT EXCH TRADED ALPHA II EUROPE FEP (X) | A | Dividend | | | Buy | 02/18/15 | L | | |
| 168. FT EXCH TRADED ALPHA II EUROPE FEP (X) | A | Dividend | | | Sold | 09/22/15 | L | | |
| 169. PRIMAL SPACE SYS INC (X) | | None | K | W | Buy | 07/31/15 | K | | |
| 170. FT UNIT 5551 CAP STRENGTH (X) | A | Dividend | L | T | Buy | 08/13/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FT PORTFOLIOS MID CAP IRA 2 (FNX) (X) | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 172. FT UNIT 5535 STRENGTH PORT SER 28 (X) | A | Dividend | K | T | Buy | 06/15/15 | K | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - ITEM 126 - NAME CHANGE FROM UNION BANK NAZARETH TO MUFG UNION BANK

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544